```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

ELIZABETH T. MEGERLE,

             Plaintiff,

    - against -

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, ET AL.,

             Defendant.

─────────────────────────────────────────────

21-cv-1415 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Parties should file a Rule 26(f) report by March 19, 2021.

**SO ORDERED.**

Dated:    New York, New York
          March 10, 2021

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge